**BILTMORE AVENUE CONDOMINIUM ASSOCIATION, INC.,**
**Plaintiff-Appellant,**

v.

**HANOVER AMERICAN INSURANCE COMPANY, Defendant-Appellee.**

No. 17-1332

United States Court of Appeals, Fourth Circuit.

Submitted: November 30, 2017

Decided: December 20, 2017

R. Steven DeGeorge, ROBINSON BRADSHAW & HINSON, P.A., Charlotte, North Carolina, for Appellant. Kevin M. O'Brien, Robert M. Kennedy, Jr., Anna Pulliam Cathcart, PHELPS DUNBAR, LLP, Raleigh, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Biltmore Avenue Condominium Association, Inc., appeals the district court's order granting summary judgment to Hanover American Insurance Company on Biltmore's claim pursuant to the North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. 75-1.1 (2015). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Biltmore Ave. Condominium Ass'n v. Hanover Amer. Ins. Co.*, No. 1:15-cv-00043-MR-DLH, 2017 WL 927259 (W.D.N.C. Mar. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*